UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SCHOOLEY, ROBERT SCHOOLEY,)<br>)<br>)<br>)        Plaintiffs,    )<br>)<br>     v.                        )<br>)<br>VINOD N. PATEL, NAYANA V. PATEL, )<br>COUNTRY INN SONORA              )<br>)<br>)<br>             Defendants.   )<br>)<br>_____) | 1:10-CV-02367 SMS<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.  It is FURTHER ORDERED that the parties shall bear their own costs and fees.

IT IS SO ORDERED.

**Dated:    September 22, 2011**                     /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE